

# Fourth Court of Appeals
## San Antonio, Texas

October 19, 2016

No. 04-16-00337-CR

**EX PARTE JENNIFER RODRIGUEZ**,

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 496800
Honorable Jason Wolff, Judge Presiding

# O R D E R

The State's Motion for Extension of Time to File Brief is GRANTED.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of October, 2016.

_____
Keith E. Hottle
Clerk of Court